No. 03–6907.  MATTHEWS *v.* YUKINS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–6916.  PAYNE *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–6920.  PIGGIE *v.* COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 03–6921.  WING *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–6923.  WOOD *v.* PLILER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–6925.  MIRANDA *v.* BERGHUIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–6931.  EL *v.* VIRGINIA DEPARTMENT OF SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT, ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 03–6939.  SOSA *v.* WEST ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–6943.  WILLIAMS *v.* JONES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–6948.  THOMPSON *v.* CURRAN, ATTORNEY GENERAL OF MARYLAND.  C. A. 4th Cir.  Certiorari denied.

No. 03–6949.  BEASLEY *v.* ANDERSON, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–6953.  HAREL *v.* NIXON ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–6957.  FRANKLIN *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 03–6960.  HAMBRICK *v.* HOFFMAN.  Ct. App. Ga.  Certiorari denied.

No. 03–6969.  INGRANDO *v.* EGL, INC./BURGER KING, AKA EGL, INC.  C. A. 11th Cir.  Certiorari denied.